## INGO VON RUCKTESCHELL *v.* MARGRIT VON RUCKTESCHELL ET AL.
### (12511)

O'CONNELL, HEIMAN and HENNESSY, Js.
Argued September 27—decision released October 18, 1994

*Arthur J. Peitler,* for the appellant (defendant).

*M. Katherine Webster-O'Keefe,* with whom, on the brief, was *Barbara W. Reynolds,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.